THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CECILE LORRIE ZAYCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1-11-cv-03693-RDB |
| STURM FOODS, INC., TREEHOUSE ) | |
| FOODS, INC., and WEIS MARKETS, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cecile Lorrie Zaycer and Defendants Sturm Foods, Inc. and Weis Markets, Inc., by their undersigned counsel, stipulate that this civil action be dismissed with prejudice with each party to bear her or its own attorneys fees' and costs. Entry of an order of dismissal based upon this stipulation will be a final order and resolve this civil action as Defendant TreeHouse Foods, Inc. was previously dismissed for lack of personal jurisdiction.

Dated: January 22, 2013

Steve L. Tiedemann
182 E. Main Street
2nd Floor
Westminster, Maryland 21157
Telephone: (443) 952-7101

*Attorneys for Cecile Lorrie Zaycer*

Michael M. Conway (admitted pro hac vice)   1-31-13
Rebecca R. Hanson (admitted pro hac vice)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500

*Attorneys for Sturm Foods, Inc. and Weis Markets, Inc.*

Approved
JMK
2/28/13

4811-5296-1298.1